# CASE ANNOUNCEMENTS

*March 30, 2010*

[Cite as *03/30/2010 Case Announcements*, 2010-Ohio-1302.]

## MOTION AND PROCEDURAL RULINGS

**1999–1152.  State v. Group.**
Mahoning C.P. No. 97–CR–66. This cause came on for further consideration upon the filing of the motion of John P. Laczko to withdraw as counsel for appellant.
It is ordered by the court that the motion is granted.